```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 45945
   MICHAEL L RUFF
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8911

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/14/2004 and was confirmed 02/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   22.79%.

     The case was paid in full 02/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ISAC                       UNSECURED        10192.43           .00       2322.96
DRIVE FINANCIAL SERVICES   SECURED           6525.00        531.19       6525.00
DRIVE FINANCIAL SERVICES   UNSECURED         3396.00           .00        773.98
AAA COLLECTIONS INC        UNSECURED       NOT FILED           .00            .00
JC PENNY                   NOTICE ONLY     NOT FILED           .00            .00
ADVANCE TIL PAYDAY         UNSECURED       NOT FILED           .00            .00
ADVANCE TIL PAYDAY         UNSECURED       NOT FILED           .00            .00
ALEGIS GROUP LOAN SERVIC   UNSECURED       NOT FILED           .00            .00
AMERICAN LEGAL FORMS       UNSECURED       NOT FILED           .00            .00
AT & T UNIVERSAL CARD      UNSECURED       NOT FILED           .00            .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED           .00            .00
CASH LOAN TEAM             UNSECURED       NOT FILED           .00            .00
CASH WEST                  UNSECURED       NOT FILED           .00            .00
CREDIT CONTROL BUREAU      UNSECURED       NOT FILED           .00            .00
CERTEGY PAYMENT RECOVERY   UNSECURED       NOT FILED           .00            .00
EXPEDITED MESSAGE SERVIC   NOTICE ONLY     NOT FILED           .00            .00
CHECK N GO                 UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         3988.77           .00        909.08
CITY OF CHICAGO PARKING    UNSECURED         2194.00           .00        500.03
ARNOLD SCOTT HARRIS        NOTICE ONLY     NOT FILED           .00            .00
BAKER MILLER MARKOFF & K   NOTICE ONLY     NOT FILED           .00            .00
COLLECTION BUREAU OF AME   UNSECURED       NOT FILED           .00            .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY          NOTICE ONLY     NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
DEBT RECOVERY SOLUTIONS    UNSECURED       NOT FILED           .00            .00
Z TEL                      NOTICE ONLY     NOT FILED           .00            .00
FIRST MIDWEST BANK         NOTICE ONLY     NOT FILED           .00            .00
FIRST MIDWEST BANK         UNSECURED       NOT FILED           .00            .00
FSM GROUP INC              UNSECURED       NOT FILED           .00            .00
GLOBAL PAYMENTS            UNSECURED OTH    654.57             .00        149.24
LINDQUIST & TRUDEAU INC    NOTICE ONLY     NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 45945 MICHAEL L RUFF
```

```
I C COLLECTION SERVICE    UNSECURED      NOT FILED            .00           .00
PAY DAY LOAN              NOTICE ONLY    NOT FILED            .00           .00
I C COLLECTION SERVICE    UNSECURED      NOT FILED            .00           .00
NATIONAL CHECK CONTROL    UNSECURED      NOT FILED            .00           .00
NCO FINANCIAL             UNSECURED      NOT FILED            .00           .00
NCO FINANCIAL             UNSECURED      NOT FILED            .00           .00
CAPITAL ONE SERVICES      NOTICE ONLY    NOT FILED            .00           .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED            .00           .00
PEOPLES PAYDAY            UNSECURED      NOT FILED            .00           .00
PLATINUM B SERVICES       UNSECURED      NOT FILED            .00           .00
PREMIUM PROCESSING        UNSECURED      NOT FILED            .00           .00
AMERITECH CELLULAR        UNSECURED      NOT FILED            .00           .00
SONIC PAYDAY COM          UNSECURED      NOT FILED            .00           .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED            .00           .00
STERLING BANK & TRUST     UNSECURED      NOT FILED            .00           .00
TELECHECK SERVICES        UNSECURED      NOT FILED            .00           .00
WAL MART STORES INC       NOTICE ONLY    NOT FILED            .00           .00
TELECHECK SERVICES        UNSECURED      NOT FILED            .00           .00
TRACKERS INC              UNSECURED      NOT FILED            .00           .00
UNITED CASH LOAN          UNSECURED      NOT FILED            .00           .00
UNIVERSITY ACCOUNTING SE  UNSECURED      NOT FILED            .00           .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED            .00           .00
TRUSTMARK RECOVERY        NOTICE ONLY    NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    1,905.20                      1,905.20
TOM VAUGHN                TRUSTEE                                        783.32
DEBTOR REFUND             REFUND                                         249.33

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              14,649.33

PRIORITY                                           .00
SECURED                                       6,525.00
    INTEREST                                    531.19
UNSECURED                                     4,655.29
ADMINISTRATIVE                                1,905.20
TRUSTEE COMPENSATION                            783.32
DEBTOR REFUND                                   249.33
                   ---------------        ---------------
TOTALS               14,649.33                14,649.33
```

            PAGE  2 – CONTINUED ON NEXT PAGE
       CASE NO. 04 B 45945 MICHAEL L RUFF

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/13/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |